# Third District Court of Appeal
## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0280
Lower Tribunal No. F01-6785
_____

**Alonso Valencia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Maria Gonzalez-Marques, Judge.

Alonso Valencia, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.